**JS-6**

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

ULIDE ANTHONY RUDON,

               Petitioner,

     v.

KRISTI NOEM, et al.,

               Respondents.

**CASE NO.** 5:26-cv-00394-RGK-MAA

**ORDER DISMISSING PETITION FOR HABEAS CORPUS AS DUPLICATE**

On July 25, 2025, Petitioner Ulide Anthony Rudon filed a Petition for Writ of Habeas Corpus in this District, which was assigned case number 2:25-cv-06904-AH-SSC and which was filed into the Court's CM/ECF System with Petitioner's name recorded as "Rudon Ulide Anthony" ("*Rudon I*"). *Rudon Ulide Anthony v. Field Office Director, Los Angeles Field Office*, 2:25-cv-06904-AH-SSC (July 25, 2025), ECF No. 1. On January 29, 2026, the same petitioner filed the instant Petition for Writ of Habeas Corpus, which was assigned new case number 5:26-cv-00394-RGK-MAA and which was filed into the Court's CM/ECF System with Petitioner's name recorded as "Ulide Anthony Rudon" ("*Rudon II*") (ECF No. 1.) On March 16, 2026, the same petitioner filed a "Motion for Writ of Habeas Corpus

(28 U.S.C. § 2241) and Emergency Motion for Temporary Restraining Order and Order to Show Cause," which was assigned new case number 5:26-cv-01267-SSS-MBK and which was filed into the Court's CM/ECF System with Petitioner's name recorded as "Rudon Ulide" ("*Rudon III*"). *Rudon Ulide v. Warden-Facility Administrator*, 5:26-cv-01267-SSS-MBK (Mar. 16, 2026), ECF No. 1.

On March 20, 2026, *Rudon III* was dismissed as duplicative of *Rudon I*. *Rudon III*, 5:26-cv-01267-SSS-MBK (Mar. 20, 2026), ECF No. 7. The Court has reviewed the Petitions filed in *Rudon I* and *Rudon II*, and not only were they filed by the same petitioner seeking the same relief, but the petitions are virtually identical, with only slight differences in the captions and pagination of the documents.

Under the Court's General Order No. 24-04, "[w]hen a newly filed civil case is identified as identical to a previously filed civil case, pending or closed," the newer case is generally transferred to the judge assigned the previously filed case. C.D. Cal. G.O. 24-04, at 21. Here, however, *Rudon I* has already been fully adjudicated. On March 31, 2026, Magistrate Judge Stephanie S. Christensen filed a Report and Recommendation recommending dismissal of the *Rudon I* petition without prejudice. *Rudon I*, 2:25-cv-06904-AH-SSC (Mar. 31, 2026), ECF No. 21. District Judge Anne Hwang accepted the Report and Recommendation and dismissed the action on April 27, 2026. *Rudon I*, 2:25-cv-06904-AH-SSC (Apr. 27, 2026), ECF No. 26. Under the circumstances, transferring the instant case to Judges Hwang and Christenson would not serve the interests of judicial economy. Given the identical petitions filed by the identical petitioner in these two cases, the

///

///

///

///

///

2

Court hereby DISMISSES the instant Petition, without prejudice, for the reasons set forth in Judge Christensen's Report and Recommendation in *Rudon I.  Rudon I*, 2:25-cv-06904-AH-SSC (Mar. 31, 2026), ECF No. 21.  The Clerk is DIRECTED to close this case.

DATED:  May 15, 2026

_____
R. GARY KLAUSNER
UNITED STATES DISTRICT JUDGE

Presented by:

_____
MARIA A. AUDERO
UNITED STATES MAGISTRATE JUDGE

3